UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

U. S. DISTRICT COURT
Southern District of Ga.
Filed In Office

12·6 , 20 17

M
Deputy Clerk

| UNITED STATES OF AMERICA | ) | INDICTMENT NO. _____ |
| --- | --- | --- |
| | ) | |
| v. | ) | 18 U.S.C. § 1591(a)(1) |
| | ) | Sex Trafficking of a Minor |
| TRACY WAYNE CROSBY | ) | |
| | ) | 18 U.S.C. § 2422(b) |
| | ) | Coercion and Enticement of a |
| | ) | Minor to Engage in Sexual |
| | ) | Activity |
| | ) | |
| | ) | 18 U.S.C. §2252A(a)(5)(B) |
| | ) | Possession of Child Pornography |
| | ) | |
| | ) | Forfeiture Allegation |

THE GRAND JURY CHARGES THAT:

CR217-061

## COUNT ONE
*Sex Trafficking of a Minor*
18 U.S.C. § 1591(a)(1)

Beginning at a time unknown, but at least between August 2017 and November 29, 2017, in Camden County and Ware County within the Southern District of Georgia, and elsewhere, **Defendant Tracy Wayne Crosby**, knowingly recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited, by any means, in and affecting interstate commerce, "John Doe #1," knowing and in reckless disregard of the fact that "John Doe #1" had not attained the age of 18 years and that "John Doe #1" would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1) and 1591(b)(2).

## COUNT TWO
*Coercion and Enticement of a Minor to Engage in Sexual Activity*
18 U.S.C. § 2422(b)

Beginning at a time unknown, but at least between August 2017 and November 29, 2017, in Camden County and Ware County within the Southern District of Georgia, and elsewhere, **Defendant Tracy Wayne Crosby**, did use facilities of interstate and foreign commerce, that is, a cellular telephone and the internet, to knowingly persuade, induce, entice and coerce John Doe #1, who had not attained the age of 18 years, to engage in prostitution and sexual activity for which any person could be charged with an offense.

All in violation of Title 18 United States Code, Section 2422(b).

## **COUNT THREE**
*Possession of Child Pornography*
18 U.S.C. § 2252A(a)(5)(B)

On or about November 29, 2017, in Camden County and Ware County within the Southern District of Georgia, the **Defendant Tracy Wayne Crosby,** did knowingly and unlawfully possess material which contained images of child pornography, as defined in Title 18, United States Code Section 2256(8)(A), one or more of such images depicting a minor, a person who had not attained 18 years of age, engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), said images having been produced using materials that had been transported in interstate commerce.

All done in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## **FORFEITURE ALLEGATION**

The allegations contained in Counts One through Two of this Indictment are hereby realleged and incorporated by reference for purposes of alleging forfeitures pursuant to Title 18, United States Code, Sections 1594(d), 2253, and 2428 and Title 28, United States Code, Section 2461(c).

Upon conviction of one or more of the offenses set forth in Counts One through Two, which involve violations of Title 18, United States Code, Sections 1591 and 2422, the defendant **Tracy Wayne Crosby** shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 1594(d) and 2428, all right, title and interest in (1) any property, real or personal, used or intended to be used to commit or facilitate the commission of the offense(s); and (2) any property, real or personal, constituting or derived from, and proceeds obtained, directly or indirectly, as a result of the offense(s).

Upon conviction of the offense set forth in Count Three, which involves a violation of Title 18, United States Code, Section 2252A, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253:

1. Any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

2. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

4

3. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant -

 (a) cannot be located upon the exercise of due diligence;

 (b) has been transferred or sold to, or deposited with, a third person;

 (c) has been placed beyond the jurisdiction of the Court;

 (d) has been substantially diminished in value; or

 (e) has been commingled with other property which cannot be subdivided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 1594(e)(2), 2253(b), and 2428(b)(2) and Title 28, United States Code, Section 2461.

A True Bill.

_____
Foreperson

_____
Bobby L. Christine
United States Attorney

_____
R. Brian Tanner
Assistant United States Attorney
Appellate Division Chief

_____
Brian T. Rafferty
Assistant United States Attorney
Criminal Division Chief

_____
Tania D. Groover*
Assistant United States Attorney
*Denotes Lead Counsel