# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

UNITED STATES OF AMERICA,

v.

TRACY WAYNE CROSBY,

Defendant.

CR 217-061

### ORDER

Before the Court is Defendant Tracy Crosby's Motion Requesting Disposition of the Case, dkt. no. 82, which the Court construes as a motion for copies. Defendant requests copies of the Court's rulings on his motions dated March 28, 2022, dkt. no. 75 (docketed April 7, 2022), and May 5, 2022, dkt. no. 80 (docketed May 11, 2022). After consideration, Defendant's motion is **GRANTED**. The Clerk is **DIRECTED** to mail Defendant a copy of the Court's April 19, 2022 Order, dkt. no. 79, and May 12, 2022 Order, dkt. no. 81.

**SO ORDERED**, this 16 day of August, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA